```
___ FILED        _✓_ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        APR 2 4 2017

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSPEH WANG<br><br>　　　　Defendant. | 2:06-CR-002-RCJ-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#462) on August 7, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

　　Name of Payee: NEVADA STATE BANK
　　Amount of Restitution: $23,579.00

　　**Total Amount of Restitution ordered: $23,579.00\*\***
　　\*\*Joint and Several with co-defendants

Dated this _24th_ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE